PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EVE CHRISTINE WYNNE-SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0265-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS |
| | ) | CONFERENCE AND |
| | ) | FINDING EXCLUDABLE |
| EVE CHRISTINE WYNNE-SMITH, | ) | TIME |
| | ) | |
| Defendant. | ) | |

Defendant, EVE CHRISTINE WYNNE-SMITH, through her attorney, PETER KMETO, and the United States of America, through its counsel of record, RICHARD BENDER, stipulate and agree to the following:

1. The presently scheduled date of November 7th, 2006 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for December 5th , 2006 at 8:30 a.m..

2. The Defense continues to conduct its investigation and Defense counsel, Peter Kmeto, will be in trial in state court through the week of November 26th, thus making it appropriate for the court to make a finding of excludable time pursuant to Local Code T-4.

3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4, for defense counsel's pretrial preparation.

- 1 -

1  IT IS SO STIPULATED.

2  Dated:  November 1, 2006                    /s/   Richard Bender
                                                Assistant U.S. Attorney
3                                               for the Government

4

5

6  Dated:  November 1, 2006                    /s/   Peter Kmeto
                                                Attorney for Defendant
7                                               EVE CHRISTINE WYNNE-SMITH

8                                   ORDER

9          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

10 ordered that the Status Conference be continued as set forth above.

11         The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A)

12 and Local Rule T-4 until December 5, 2006 to permit defense counsel to prepare

13 for pretrial proceedings.

14

15 DATED: November 2, 2006

16

17

18                                   _____
                                     MORRISON C. ENGLAND, JR
19                                   UNITED STATES DISTRICT JUDGE

- 2 -