PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EVE CHRISTINE WYNNE-SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0265-MCE |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER CONTINUING STATUS CONFERENCE, VACATING JURY TRIAL DATE AND FINDING EXCLUDABLE TIME |
| EVE CHRISTINE WYNNE-SMITH, | ) |
| Defendant. | ) |

Defendant, EVE CHRISTINE WYNNE-SMITH, through her attorney, PETER KMETO, and the United States of America, through its counsel of record, RICHARD BENDER, stipulate and agree to the following:

1. The presently scheduled date of December 5th, 2006 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for January 16th, 2007 at 8:30 a.m.

2. The Defense continues to conduct its investigation which has been somewhat hampered by the unavailability of the defense investigator and the passage of time since the date of the actual offense, *viz.*, Dec 10th 2003. Defense counsel, Peter Kmeto, will be in trial in state court through the week of December 18th, thus making it appropriate for the court to make a finding

of excludable time pursuant to Local Code T-4.

4. The presently scheduled date of February 7, 2007 shall be vacated and a new date set at the January 16th, 2007 Status Conference Hearing at which time it is anticipated that the defense investigation will be close to completion.

3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4, for defense counsel's pretrial preparation.

IT IS SO STIPULATED.

Dated:  November 29, 2006			/s/  Richard Bender
						Assistant U.S. Attorney
						for the Government


Dated:  November 29, 2006			/s/  Peter Kmeto
						Attorney for Defendant
						EVE CHRISTINE WYNNE-SMITH

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until January 16, 2007 to permit defense counsel to prepare for pretrial proceedings.

///
///
///
///
///
///

1  The Court further orders that the jury trial date currently scheduled for February 7,
2  2007 be vacated.  The trial confirmation hearing date of January 23, 2007 is also
3  vacated.  A Status Conference Hearing is scheduled for January 16 , 2007 at 8:30
4  a.m.
5  DATED: December 4, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE