PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EVE CHRISTINE WYNNE-SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0265-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS |
| | ) | CONFERENCE, AND FINDING |
| | ) | EXCLUDABLE TIME |
| EVE CHRISTINE WYNN-SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, EVE CHRISTINE WYNNE-SMITH, through her attorney, PETER

KMETO, and the United States of America, through its counsel of record, MARY

GRAD, stipulate and agree to the following:

1. The presently scheduled date of January 16th, 2007 for Status Conference

Hearing shall be vacated and said Status Conference Hearing be

rescheduled for March 13th , 2007 at 8:30 a.m..

2. The Defense continues to conduct its investigation which has borne fruit,

but involves the recovery of archived materials and the eventual issuance of

subpoenas. Therefore, a realistic date by which to be done with the

investigation will be no sooner than March 13, 2007, thus making it

///

- 1 -

1    appropriate for the court to make a finding of excludable time pursuant to

2    Local Code T-4 till that date.

3        3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. §

4    3161(h)(8)(A) and Local Rule T-4, for defense counsel's pretrial preparation.

5

6    IT IS SO STIPULATED.

7    Dated:   January 12, 2007              /s/   Mary Grad
                                            Assistant U.S. Attorney
8                                           for the Government

9

10   Dated:   January 12, 2007              /s/   Peter Kmeto
11                                           Attorney for Defendant
                                            EVE CHRISTINE WYNNE-SMITH
12

13                              ORDER

14       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

15   ordered that the Status Conference be continued as set forth above.

16       The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A)

17   and Local Rule T-4 until March 13th, 2007 to permit defense counsel to prepare for

18   pretrial proceedings.

19   DATED: January 16, 2007

20

21

22   _____
     MORRISON C. ENGLAND, JR
23   UNITED STATES DISTRICT JUDGE

24

25

26

27

28