McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:06-cr-00265-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION VACATING TRIAL** |
| | ) | **AND TRIAL CONFIRMATION** |
| v. | ) | **HEARING DATE AND SETTING CASE** |
| | ) | **FOR CHANGE OF PLEA; ORDER** |
| EVE CHRISTINE WYNN-SMITH, | ) | |
| aka Eve Christine Wynne, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, EVE CHRISTINE WYNNE-SMITH, through her attorney, PETER KMETO, and

the United States of America, through its counsel of record, RICHARD BENDER, agree as follows:

It appears that the case is going to settle.  Counsel for defendant needs additional time to

review the proposed settlement agreement and go over it with his client.  Unfortunately, defense

counsel starts a two-week state court criminal trial which starts tomorrow (August 1, 2007 -  which

trial has been trailing for some time).  Because of this and other pending matters, he will be unable to

both review the plea agreement and go over it in detail with the defendant prior to the scheduled trial

confirmation hearing in this case.  Thus, the parties propose that the presently scheduled trial date of

August 13th, 2007, and the presently scheduled trial confirmation hearing date of August 2, 2007, be

vacated and the matter set for a change of plea on August 23, 2007, at 9:00 a.m.

///

///

1

1   Additionally the parties propose that time under the Speedy Trial Act between the date of this Order

2   and August 23, 2007, be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4, for

3   both  continuity of defense counsel (given his unavailability for the next two weeks) and defense

4   counsel's preparation (to allow time to review the proposed plea agreement and go over it with the

5   defendant) with the Court finding that, under the circumstances, the need for defense counsel to have

6   sufficient time to review the proposed plea agreement and go over it with the defendant outweigh the

7   needs of both the defendant and the public for a speedy trial.

8

9    IT IS SO STIPULATED.

10  Dated:   August 25, 2006                        McGREGOR W. SCOTT
                                                     U.S. Attorney
11
                                                     _____/s/_____
12                                                   Richard Bender
                                                     Assistant U.S. Attorney
13

14

15
    Dated:   August 25, 2006                        _____/s/_____
16                                                   Peter Kmeto
                                                     Attorney for Defendant
17                                                   Eve Christine Wynne-Smith

18

19                                                  ORDER

20  It is SO ORDERED,

21
    Dated: August 1, 2007
22

23  _____
    MORRISON C. ENGLAND, JR.
24  UNITED STATES DISTRICT JUDGE

25

26

27

28

2