PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EVE CHRISTINE WYNNE-SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EVE CHRISTINE WYNNE-SMITH,<br><br>　　　　Defendant. | No. CR-06-265 MCE<br><br>STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING AND FINDING EXCLUDABLE TIME |

　　　Defendant, EVE CHRISTINE WYNNE-SMITH, through her attorney, PETER KMETO, and the United States of America, through its counsel of record, RICHARD BENDER, stipulate and agree to the following:

　　　1. The presently scheduled date of August 23rd, 2007 for Change of Plea Hearing shall be vacated and said Hearing be rescheduled for September 6, 2006 at 9:00 a.m..

　　　2. The parties are in the final stages of entering into a plea agreement in this case. Due to defense counsel's trial schedule, he has been unavailable to consult with Ms. Wynne-Smith and will require the case to be continued for plea to Sept. 6th in order that the Defendant be fully apprised of the consequences of her plea and will be able to intelligently participate in the Rule 11 colloquy.

/// ///

3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4, for both continuity of defense counsel (given his previous unavailability due to participation in jury trial) and defense counsel's preparation (to allow sufficient time to review the proposed plea agreement with the defendant).

IT IS SO STIPULATED.

Dated:  August 22, 2007            /s/   Richard Bender
                                   Assistant U.S. Attorney
                                   for the Government


Dated:  August 22, 2007            /s/   Peter Kmeto
                                   Attorney for Defendant
                                   EVE CHRISTINE WYNNE-SMITH

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the CHANGE OF PLEA HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until September 6, 2007 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated: August 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 2 -