McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-cr-00265-MCE |
| Plaintiff, | **STIPULATION CONTINUING SENTENCING DATE; ORDER** |
| v. | |
| EVE CHRISTINE WYNN-SMITH, aka Eve Christine Wynne, | |
| Defendant. | |

Defendant, EVE CHRISTINE WYNNE-SMITH, through her attorney, PETER KMETO, and the United States of America, through its counsel of record, RICHARD BENDER, agree that the sentencing of defendant Eve Christine Wynn-Smith be continued from January 31, 2008, to March 6, 2008, at 9:00 a.m. The reason for the request is to complete a determination of the sentence recommendation to be made by the respective parties.

IT IS SO STIPULATED.

Dated:   January 28, 2008            McGREGOR W. SCOTT
                                     U.S. Attorney

                                      /s/ Richard Bender
                                     RICHARD BENDER
                                     Assistant U.S. Attorney

1

Dated:   January 28, 2008                   /s/ Richard Bender for
                                            PETER KMETO
                                            Attorney for Defendant
                                            Eve Christine Wynne-Smith

ORDER CONTINUING SENTENCING TO MARCH 6, 2008

It is SO ORDERED.


Dated:  January 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE