McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:06-cr-00265-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION CONTINUING** |
| ) | **SENTENCING DATE; ORDER** |
| v. ) | |
| ) | |
| EVE CHRISTINE WYNN-SMITH, ) | |
| aka Eve Christine Wynne, ) | |
| ) | |
| Defendant. ) | |

Defendant, EVE CHRISTINE WYNNE-SMITH, through her attorney, PETER KMETO, and the United States of America, through its counsel of record, RICHARD BENDER, agree that the sentencing of defendant Eve Christine Wynn-Smith be continued from March 6, 2008, to April 17, 2008, at 9:00 a.m.  The reason for the request is to complete a determination of the sentence recommendation to be made by the respective parties.

 IT IS SO STIPULATED.

Dated:   March 3, 2008            McGREGOR W. SCOTT
                                  U.S. Attorney

                                   /s/ Richard Bender
                                  RICHARD BENDER
                                  Assistant U.S. Attorney

///

///

1

1 | Dated:   March 3,  2008           /s/ Richard Bender for
2 |                                       PETER KMETO
                                      Attorney for Defendant
                                      Eve Christine Wynne-Smith

ORDER CONTINUING SENTENCING TO APRIL 17, 2008

It is SO ORDERED.

Dated: March 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE