McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>EVE CHRISTINE WYNN-SMITH,<br>aka Eve Christine Wynne,<br><br>          Defendant. | CASE NO. 2:06-cr-00265-MCE<br><br>**STIPULATION CONTINUING<br>SENTENCING DATE; ORDER** |

      Defendant, EVE CHRISTINE WYNNE-SMITH, through her attorney, PETER KMETO, and the United States of America, through its counsel of record, RICHARD BENDER, agree that the sentencing of defendant Eve Christine Wynn-Smith be continued from April 17, 2008, to June 5, 2008, at 9:00 a.m.  The reason for the request is to complete a determination of the sentence recommendation to be made by the respective parties.

 IT IS SO STIPULATED.

Dated:   April 15, 2008          McGREGOR W. SCOTT
                                      U.S. Attorney

                                       /s/ Richard Bender
                                      RICHARD BENDER
                                      Assistant U.S. Attorney

1  Dated:   April 15,  2008                 /s/ Richard Bender for
                                            PETER KMETO
2                                           Attorney for Defendant
                                            Eve Christine Wynne-Smith
3
                    ORDER CONTINUING SENTENCING TO JUNE 5, 2008
4

5
   It is SO ORDERED.
6

7

8   Dated:  April 15, 2008

9                                           _____
                                            MORRISON C. ENGLAND, JR.
10                                          UNITED STATES DISTRICT JUDGE