McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-cr-00265-MCE |
| Plaintiff, | **STIPULATION CONTINUING SENTENCING DATE; ORDER** |
| v. | |
| EVE CHRISTINE WYNN-SMITH, aka Eve Christine Wynne, | |
| Defendant. | |

    Defendant, EVE CHRISTINE WYNNE-SMITH, through her attorney, PETER KMETO, and the United States of America, through its counsel of record, RICHARD BENDER, agree that the sentencing of defendant Eve Christine Wynn-Smith be continued from June 5, 2008, to August 14, 2008, at 9:00 a.m.  The reason for the request is to complete a determination of the sentence recommendation to be made by the respective parties.

IT IS SO STIPULATED.

Dated:  May 23, 2008          McGREGOR W. SCOTT
                                    U.S. Attorney

                                     /s/ Richard Bender
                                    RICHARD BENDER
                                    Assistant U.S. Attorney

///

///

///

1 | Dated: May 23, 2008 /s/ Richard Bender for
2 | PETER KMETO
  | Attorney for Defendant
3 | Eve Christine Wynne-Smith

ORDER CONTINUING SENTENCING TO AUGUST 14, 2008

It is SO ORDERED.

Dated: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE