PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: EVE CHRISTINE WYNNE-SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> EVE CHRISTINE WYNNE-SMITH, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:06-cr-00265-MCE <br><br> REQUEST FOR ORDER <br> AND ORDER EXONERATING <br> BOND |

On or about June 30, 2006, a $300,000 appearance bond, secured by a deed of trust against the real property of, MARY HELEN WYNNE located at: 7535 32nd Street, Sacramento, CA 95822; was posted on behalf of defendant EVE CHRISTINE WYNNE-SMITH in case 06-265 MCE.

On August 28, 2008, EVE CHRISTINE WYNNE-SMITH, was sentenced in the above-captioned case.

It is hereby requested that the $300,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District court be directed to reconvey the deed of trust to MARY HELEN WYNNE.

Dated: <u>January 16, 2009</u>                Respectfully submitted,


                                                                /s/ Peter Kmeto
                                                                Attorney for Defendant

- 1 -

## ORDER

IT IS HEREBY ORDERED that the secured appearance bond in the amount of $300,000 posted by MARY HELEN WYNNE and secured by a deed of trust against the real property of MARY HELEN WYNNE located at:7535 32nd Street, Sacramento, CA 95822; is hereby exonerated.  The Clerk of the District Court is hereby ordered to reconvey the deed of trust to: MARY HELEN WYNNE.

Dated: January 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE